UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-46-1D

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | ) | |
| | ) | |
| | ) | **ORDER TO AMEND** |
| vs. | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| ANDREW DAVID PHILLIPS | ) | |

Upon motion of the Government, the Judgment entered April 3, 2019 shall be amended to reflect no restitution requests have been made, therefore, no restitution shall be ordered. The other provisions of the Judgment shall take full force and effect.

_4/15/21_
DATE

_Dever_
JAMES C. DEVER III
United States District Judge